IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT MERRITT, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-2785 |
| | : | |
| MICHAEL MANCINI, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 6th day of September, 2022, upon review of Defendants' Motion for Summary Judgment, Plaintiff's response thereto and Defendants' reply, as well as the record in this matter, it is hereby **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment (Docket No. 61) is **GRANTED**;

2. Plaintiff's Amended Complaint is **DISMISSED**; and

3. This case shall be **CLOSED**.

BY THE COURT:

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.